THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YVETTE BAILEY,<br><br>        Plaintiff,<br><br>        v.<br><br>ALPHA TECHNOLOGIES INCORPORATED, a Washington corporation; ALTAIR ADVANCED INDUSTRIES, INC., a Washington corporation; ABC, INC., 1-10, defendant corporation(s) whose name(s) is/are unknown; FREDERICK KAISER and "JANE DOE" KAISER, and the marital community comprised thereof; GRACE BORSARI and "JOHN DOE" BORSARI, and the marital community comprised thereof,<br><br>        Defendants. | No. 2:16-cv-00727-JCC<br><br>**DEFENDANT ALPHA TECHNOLOGIES INC.'S CORPORATE DISCLOSURE STATEMENT** |

Defendant Alpha Technologies Inc. provides the following corporate disclosure statement pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure. Defendant Alpha Technologies Inc. states that it has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

//

/

DEFENDANT ALPHA TECHNOLOGIES INC.'S
CORPORATE DISCLOSURE STATEMENT (No. 2:16-cv-00727 JCC) – 1

14236-0013/131473191.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| DATED: June 14, 2016 | By: s/ Kevin J. Hamilton<br>By: s/ William B. Stafford<br>By: s/ Tobias S. Piering<br>Kevin J. Hamilton, WSBA #15648<br>William B. Stafford, WSBA #39849<br>Tobias S. Piering, WSBA #44560<br><br>Attorneys for Defendant ALPHA TECHNOLOGIES INC.<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>Email: KHamilton@perkinscoie.com<br>WStafford@perkinscoie.com<br>TPiering@perkinscoie.com |

DEFENDANT ALPHA TECHNOLOGIES INC.'S CORPORATE DISCLOSURE STATEMENT (No. 2:16-cv-00727 JCC) – 2

14236-0013/131473191.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2016, I electronically filed the foregoing **ALPHA TECHNOLOGIES INC.'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Patrick Leo McGuigan**
HKM Employment Attorneys LLP
600 Stewart Street, Suite 901
Seattle, WA 98101

☐ United States Mail, First Class
☐ By Messenger
☐ By Facsimile
☒ By ECF

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 14th day of June, 2016.

*s/Mary L. Lyles*
Mary L. Lyles
Legal Secretary

CERTIFICATE OF SERVICE (No. 2:16-cv-00727 JCC) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

14236-0013/131473191.1