| | |
|---|---|
| | THE HONORABLE JOHN C. COUGHENOUR |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YVETTE BAILEY,<br><br>    Plaintiff,<br><br> v.<br><br>ALPHA TECHNOLOGIES INCORPORATED, a Washington corporation; ALTAIR ADVANCED INDUSTRIES, INC., a Washington corporation; ABC, INC., 1-10, defendant corporation(s) whose name(s) is/are unknown; FREDERICK KAISER and "JANE DOE" KAISER, and the marital community comprised thereof; GRACE BORSARI and "JOHN DOE" BORSARI, and the marital community comprised thereof,<br><br>    Defendants. | No. 2:16-cv-00727-JCC<br><br>**DEFENDANT ALTAIR ADVANCED INDUSTRIES, INC.'S CORPORATE DISCLOSURE STATEMENT** |

   Defendant Altair Advanced Industries, Inc. provides the following corporate disclosure statement pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure. Defendant Altair Advanced Industries, Inc. states that it has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

//

/

CORPORATE DISCLOSURE STATEMENT (No. 2:16-cv-00727 JCC) – 1
14236-0013/131473353.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: June 14, 2016 | By: s/ Kevin J. Hamilton |
| 3 | | By: s/ William B. Stafford |
| | | By: s/ Tobias S. Piering |
| 4 | | Kevin J. Hamilton, WSBA #15648 |
| | | William B. Stafford, WSBA #39849 |
| 5 | | Tobias S. Piering, WBSA #44560 |
| 6 | | |
| | | Attorneys for Defendant ALTAIR ADVANCED INDUSTRIES, INC. |
| 7 | | **Perkins Coie LLP** |
| | | 1201 Third Avenue, Suite 4900 |
| 8 | | Seattle, WA 98101-3099 |
| | | Telephone: 206.359.8000 |
| 9 | | Facsimile: 206.359.9000 |
| 10 | | Email: KHamilton@perkinscoie.com |
| | | WStafford@perkinscoie.com |
| 11 | | TPiering@perkinscoie.com |

DEF. ALTAIR ADVANCED INDUSTRIES, INC.'S
CORPORATE DISCLOSURE STATEMENT (No. 2:16-cv-00727 JCC) – 2
14236-0013/131473353.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2016, I electronically filed the foregoing **ALTAIR ADVANCED INDUSTRIES, INC.'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Patrick Leo McGuigan**
HKM Employment Attorneys LLP
600 Stewart Street, Suite 901
Seattle, WA 98101

☐ United States Mail, First Class
☐ By Messenger
☐ By Facsimile
☒ By ECF

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 14th day of June, 2016.

*s/Mary L. Lyles*
Mary L. Lyles
Legal Secretary

CERTIFICATE OF SERVICE (No. 2:16-cv-00727 JCC) – 1

14236-0013/131473353.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000