IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| YVETTE BAILEY | Cause No.: **2:16-CV-00727** |
|---|---|
| Plaintiff/Petitioner | Hearing Date: |
| vs. | |
| **ALPHA TECHNOLOGIES INCORPORATED, A WASHINGTON CORPORATION; ET AL** | DECLARATION OF SERVICE OF **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES** |
| Defendant/Respondent | |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **23rd day of May, 2016 at 2:58 PM** at the address of **PERKINS COIE, 1201 THIRD AVENUE UNIT 4900, SEATTLE, King County, WA 98101**; this declarant served the above described documents upon **GRACE BORSARI** by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **Margo Livingston , DESIGNEE , PERSON AUTHORIZED TO ACCEPT** , who accepted service, with identity confirmed by verbal communication, a white female approx. 35-45 years of age, 5'6"-5'8" tall, weighing 140-160 lbs with brown hair..
No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$ 59.50**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED _____5/24/16_____.

_____

James Bradford, Reg. # 204960, King County

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 1

For: HKM Employment Attorneys LLP
Ref #: BAILEY

Tracking #: 0011796650