THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YVETTE BAILEY,

              Plaintiff,

     v.

ALPHA TECHNOLOGIES
INCORPORATED, *et al.*,

              Defendants.

CASE NO. C16-0727-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue trial and trial dates (Dkt. No. 32). The Court, finding good cause, GRANTS the motion. The trial dates are now as follows:

| | |
|---|---|
| **Discovery Cutoff** | July 7, 2017 |
| **39.1 Mediation** | July 28, 2017 |
| **Dispositive Motions** | August 4, 2017 |
| **Pretrial Order** | September 27, 2017 |
| **Trial Briefs and Proposed Voir Dire/Jury Instructions** | October 30, 2017 |
| **Trial** | November 6, 2017, at 9:30 a.m. |

1

2          DATED this 17th day of April 2017.

3                                                    William M. McCool
                                                     Clerk of Court
4
                                                     s/Paula McNabb
5                                                    Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26