THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YVETTE BAILEY,<br><br>                Plaintiff,<br><br>vs.<br><br>ALPHA TECHNOLOGIES INCORPORATED, a Washington corporation; ALTAIR ADVANCED INDUSTRIES, INC., a Washington corporation; ABC, Inc. 1-10, defendant corporation(s) whose name(s) is/are unknown; FREDERICK KAISER and "JANE DOE" KAISER, and the marital community comprised thereof; and GRACE BORSARI and "JOHN DOE" BORSARI, and the marital community comprised thereof,<br><br>                Defendants. | NO. 2:16-cv-00727-JCC<br><br>**DECLARATION OF WILLIAM J. KIM IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL** |

I, William J. Kim, states and declares as follows:

1. I am one of the attorneys of record for Plaintiff Yvette Bailey ("Bailey") in this matter.

DECLARATION OF WILLIAM J. KIM IN
SUPPORT OF PLAINTIFF'S MOTION TO
COMPEL – 1
Case No. 2:16-cv-00727-JCC

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

2. I am over the age of majority, am competent to testify in this manner, and the following is based upon my personal knowledge.

3. Bailey served her first set of discovery requests to Defendants on June 22, 2016. In those requests, she specifically requested that ESI be produced in its native format, which is how ESI is maintained in the ordinary course of business. Attached as **Exhibit A** are true and accurate copies of Plaintiff's First Set of Interrogatories and Requests for Production to Defendant Alpha Technologies, Inc. Attached as **Exhibit B** are true and accurate copies of Plaintiff's First Set of Interrogatories and Requests for Production to Defendant Altair Advanced Industries, Inc. Attached as **Exhibit C** are true and accurate copies of Plaintiff's First Set of Interrogatories and Requests for Production to Defendant Frederick Kaiser. Attached as **Exhibit D** are true and accurate copies of Plaintiff's First Set of Interrogatories and Requests for Production to Defendant Grace Borsari.

4. Defendants provided answers and production of documents on July 22, 2016. Attached as **Exhibit E** are true and accurate copies of Responses and Objections to Plaintiff's First Set of Interrogatories and Requests for Production to Defendant Alpha Technologies, Inc. Attached as **Exhibit F** are true and accurate copies of Responses and Objections to Plaintiff's First Set of Interrogatories and Requests for Production to Defendant Altair Advanced Industries, Inc. Attached as **Exhibit G** are true and accurate copies of Responses and Objections to Plaintiff's First Set of Interrogatories and Requests for Production to Defendant Frederick Kaiser. Attached as **Exhibit H** are true and accurate

DECLARATION OF WILLIAM J. KIM IN
SUPPORT OF PLAINTIFF'S MOTION TO
COMPEL – 2
Case No. 2:16-cv-00727-JCC

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington  98101
(206) 838-2504

copies of Responses and Objections to Plaintiff's First Set of Interrogatories and Requests for Production to Defendant Grace Borsari.

5. The parties conducted a discovery conference pursuant to Fed. R. Civ. P. 37(a)(1) and W.D. Wash. LCR 37.1 on September 14, 2016 regarding the format ESI should be produced. To convey the importance of native file production, Plaintiff's retained computer forensic expert Ms. Allison Goodman was present during the conference. Aside from certain documents such as excel or PowerPoints, Defendants refused to produce in native as requested.

6. The parties conducted a second discovery conference pursuant to Fed. R. Civ. P. 37(a)(1) and W.D. Wash. LCR 37.1 on October 14, 2016 to discuss Defendants' objections and responses to Plaintiff's discovery requests. With respect to Interrogatory No. 15 which asked identification of all lawsuits, Plaintiff asked Defendants to disclose the number of lawsuits to consider narrowing down the request. Defendants did not disclose the number. Defendants then restated their arguments in a letter dated November 2, 2016 via letter. Attached as **Exhibit I** are true and accurate copies of letter correspondence from Defendants' counsel indicating their final positions regarding their discovery responses and objections.

7. On December 15, 2016, Defendants Alpha and Altair supplemented their responses. Attached as **Exhibit J** are true and accurate copies of Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories and Requests for Production to Defendant Alpha Technologies, Inc. Attached as **Exhibit K** are true and accurate copies of

DECLARATION OF WILLIAM J. KIM IN
SUPPORT OF PLAINTIFF'S MOTION TO
COMPEL – 3
Case No. 2:16-cv-00727-JCC

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories and Requests for Production to Defendant Altair Advanced Industries, Inc.

8. Even after the parties' discovery conferences, multiple e-mail exchanges regarding the format of ESI production had occurred. Attached as **Exhibit L** are true and accurate copies of e-mail correspondence regarding ESI format production.

I certify (or declare) under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 26th day of April, 2017 at Seattle, Washington.

*s/William J. Kim*
William J. Kim

DECLARATION OF WILLIAM J. KIM IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL – 4
Case No. 2:16-cv-00727-JCC

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington  98101
(206) 838-2504

**CERTIFICATE OF SERVICE**

I certify that on April 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kevin Hamilton
William B. Stafford
Tobias S. Piering
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
*khamilton@perkinscoie.com*
*bstafford@perkinscoie.com*
*tpiering@perkinscoie.com*
*Attorneys for Defendants*

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Angela Tracy*
Angela Tracy, Legal Assistant

DECLARATION OF WILLIAM J. KIM IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL – 5
Case No. 2:16-cv-00727-JCC

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington  98101
(206) 838-2504