THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YVETTE BAILEY, | CASE NO. C16-0727-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALPHA TECHNOLOGIES INCORPORATED, et al., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on a discovery dispute between the parties regarding the deposition of Peter Turnquest. Having reviewed the letters submitted by each party, the Court finds good cause to extend the discovery cutoff date to allow for the deposition of Mr. Turnquest. The deposition of Mr. Turnquest must be conducted no later than October 6, 2017. The parties are ORDERED to meet and confer in order to conduct the deposition of Mr. Turnquest by this deadline.

//

//

//

MINUTE ORDER C16-0727-JCC
PAGE - 1

1     DATED this 25th day of August 2017.

2                                          William M. McCool
                                           Clerk of Court
3
                                           s/Paula McNabb
4                                          Deputy Clerk

MINUTE ORDER C16-0727-JCC
PAGE - 2