UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YVETTE BAILEY, | CASE NO. C16-0727-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALPHA TECHNOLOGIES, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion and stipulation regarding motions in limine (Dkt. No. 62). Having considered the motion, the Court ORDERS the following filing deadlines. Motions in limine are due by October 12, 2017. Responses to motions in limine are due by October 23, 2017. In accordance with the Local Civil Rules, reply briefs are not authorized. At this time, the Court is not setting a hearing date to address motions in limine.

DATED this 22nd day of September 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
