UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YVETTE BAILEY,<br><br>        Plaintiff,<br><br>   v.<br><br>ALPHA TECHNOLOGIES INCORPORATED, *et al.*,<br><br>        Defendants. | CASE NO. C16-0727-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court directs Courthouse Security to allow the litigants in the above-captioned case to have lunch delivered to the Courthouse, and to bring lunches and refreshments into the Courthouse for the duration of the trial. Trial is scheduled to commence on November 6, 2017.

DATED this 23rd day of October 2017.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Tomas Hernandez<br>
Deputy Clerk