# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YVETTE BAILEY,<br><br>    Plaintiff,<br> v.<br><br>ALPHA TECHNOLOGIES INCORPORATED, *et al.*,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C16-0727-JCC |

\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

  In accordance with the Court's summary judgment Order dated September 19, 2017 and the Court's Order granting Defendant's motion for judgment as a matter of law dated November 14, 2017, Plaintiff's claims are dismissed with prejudice as to all Defendants.

  DATED this 14th day of November 2017.

                WILLIAM M. MCCOOL
                Clerk of Court

                /s/ *Tomas Hernandez*
                Deputy Clerk