# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YVETTE BAILEY,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>ALPHA TECHNOLOGIES INCORPORATED, *et al.*,<br><br>　　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C16-0727-JCC |

__　__　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

　　　In accordance with the Court's summary judgment order dated September 19, 2017, and order granting Defendant's motion for entry of judgment dated January 2, 2018, Defendant Grace Borsari is awarded judgment against Plaintiff Yvette Bailey on her breach of contract counterclaim in the following amount:

|  |  |
|---|---|
| Principal: | $6,400.00 |
| Interest: | $720.00 |
| Attorneys' Fees: | $5,000.00 |
| Total: | $12,120.00 |

　　　DATED this 2nd day of January 2018.

　　　　　　　　　　　　　　　　　　　　　WILLIAM M. MCCOOL
　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　 /s/ *Tomas Hernandez*
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk