THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YVETTE BAILEY,

    Plaintiff,

v.

ALPHA TECHNOLOGIES INCORPORATED, *et al.*,

    Defendants.

CASE NO. C16-0727-JCC

ORDER

This matter comes before the Court on Plaintiff's motion for supersedeas bond (Dkt. No. 123). Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS the motion for the reasons explained herein.

On November 14, 2017, the Court granted Defendants' motion for judgment as a matter of law on Plaintiff's claim of wrongful termination in violation of public policy. (Dkt. No. 99.) Defendants subsequently moved for a bill of costs, and the Court issued a judgment in the amount of $7,515.85. (Dkt. Nos. 102, 116.) Plaintiff timely appealed the Court's order granting judgment as a matter of law. (Dkt. No. 105.) Plaintiff wishes to stay execution of the judgment by posting a supersedeas bond. (Dkt. No. 123 at 2) (citing Fed. R. Civ. P. 62(d)).

In her initial motion, Plaintiff asked the Court to approve a supersedeas bond in the amount of the judgment—$7,515.85—but had not obtained a bond. (Dkt. No. 123 at 2.)

Defendants responded that Plaintiff needed to first obtain a supersedeas bond before the Court could approve it, and that the amount of the bond needed to be greater than the judgment. (Dkt. No. 124 at 1.) In reply, Plaintiff amended her original request and asked the Court to allow her to deposit $10,000 with the Court registry to secure and post a supersedeas bond. (Dkt. No. 126 at 2.) Defendants do not object to this request. (Dkt. No. 127 at 1.)

The Court therefore GRANTS Plaintiff's motion (Dkt. No. 123). Within seven (7) days of this order, Plaintiff shall deposit $10,000 in the Court registry in order to secure and post a supersedeas bond in this matter.

DATED this 1st day of May 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE