UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YVETTE BAILEY, | CASE NO. C16-0727-JCC |
| Plaintiff, | ORDER |
| v. | |
| ALPHA TECHNOLOGIES INCORPORATED, *et al.*, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's motion to stay execution of judgment (Dkt. No. 129). Plaintiff requests to stay execution of the judgment entered against her for $7,515.85. (Dkt. No. 116.) The Court previously granted Plaintiff's motion to deposit $10,000 in the Court's registry in lieu of a supersedeas bond. (Dkt. No. 128.) On May 4, 2018, Plaintiff deposited $10,000 in the Court registry. (Dkt. No. 130.) Based on this deposit, Defendants do not oppose Plaintiff's present motion to stay of execution of judgment. (Dkt. No. 131.)

The Court therefore GRANTS Plaintiff's motion (Dkt. No. 129). Execution of the judgment against Plaintiff (Dkt. No. 116) is STAYED pending Plaintiff's appeal.

//
//
//

1 | DATED this 22nd day of May 2018.

2

3

4

John C. Coughenour
5 | UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
C16-0727-JCC
PAGE - 2