THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YVETTE BAILEY, | CASE NO. C16-0727-JCC |
| Plaintiff, | ORDER OF DISBURSEMENT |
| v. | |
| ALPHA TECHNOLOGIES INCORPORATED, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the parties' stipulated motion for disbursement of funds held in the Court registry (Dkt. No. 135). Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS the motion for the reasons explained herein.

On November 14, 2017, the Court granted Defendants' motion for judgment as a matter of law on Plaintiff's claim of wrongful termination in violation of public policy. (Dkt. No. 99.) Defendants subsequently moved for a bill of costs, and the Court issued a judgment in the amount of $7,515.85. (Dkt. Nos. 102, 116.) Plaintiff timely appealed the Court's order granting judgment as a matter of law. (Dkt. No. 105.) The Court granted Plaintiff's motion to deposit $10,000 with the Court registry to secure and post a supersedeas bond that would stay execution of the judgment pending her appeal. (Dkt. No. 132.)

ORDER OF DISBURSEMENT
C16-0727-JCC
PAGE - 1

On June 19, 2019, the Ninth Circuit entered its mandate affirming the Court's judgment. (Dkt. No. 134.) The parties filed this stipulated motion to disburse the funds deposited in the Court registry. (Dkt. No. 135.)

The Clerk is authorized and directed to draw a check on the funds deposited in the registry of this Court in the principal amount of $7,515.85 plus all accrued interest, minus any statutory users' fees, payable to Grace Borsari, and mail or deliver the check to Grace Borsari at the mailing address provided to the Clerk's Office by Defendants. The Clerk is further authorized and directed to draw a check on the funds deposited in this Court in the principal amount of $2,484.15 payable to HKM Employment Attorneys LLP, and mail or deliver the check to HKM Employment Attorneys LLP at the mailing address provided by Plaintiff.

DATED this 11th day of July 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE